

FILED
DEC 11 2018
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, v. HUMBERTO DAVID NAVARRETE-ROQUE, Defendant. | Case No. 18CR-4780-JAH<br><br>JUDGMENT AND ORDER OF DISMISSAL OF COMPLAINT |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing, IT IS HEREBY ORDERED that the INFORMATION in the above entitled case be dismissed without prejudice.

IT IS SO ORDERED.

DATED: 12-10-18.

HONORABLE JOHN A. HOUSTON
United States District Judge